**JUDGE LYNCH**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

    v.                           :

ANTHONY MORANTE,               :
   a/k/a "Anthony Morento,"
                             :

        Defendant.
                             :

- - - - - - - - - - - - - - - - x

INDICTMENT

**08 CRIM 585**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 27 2008

COUNT ONE

    The Grand Jury charges:

    On or about March 19, 2008, in the Southern District of New York, ANTHONY MORANTE, a/k/a "Anthony Morento," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about June 25, 2001, in New York Supreme Court, Bronx County, of criminal possession of a loaded firearm in the third degree, a Class C felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm and ammunition, to wit, a loaded .25 caliber Sterling semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

    (Title 18, United States Code, Section 922(g)(1).)


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ANTHONY MORANTE,
a/k/a "Anthony Morento,"

Defendant.

---

**INDICTMENT**

08 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

6/27/08

Filed indictment. Case assigned to Judge Lynch.

SRM
6/27/08

— Francis, J.