UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA          :          08 CR. 585 (GEL)

　　　- v -                                     :

**ANTHONY MORANTE,**                   :

　　　　Defendant.                       :

------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed declarations of **Peggy M. Cross, Esq.**, and **Anthony Morante**, the undersigned will move this Court, before the **HONORABLE GERARD E. LYNCH**, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an order suppressing statements and physical evidence obtained on or about March 19, 2008, as well as any fruits of the unlawful search and seizure, or in the alternative, granting a hearing on this matter, pursuant to Rules 12 and 41 of

the Federal Rules of Criminal Procedure, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
      August 15, 2008

Respectfully submitted,
LEONARD F. JOY, ESQ.
Federal Defenders of New York

By: _____
**PEGGY M. CROSS, ESQ.**
Attorney for Defendant
**ANTHONY MORANTE**
52 Duane Street - 10th Floor
New York, New York 10007

TO:  **MICHAEL J. GARCIA, ESQ.**
     United States Attorney
     Southern District of New York
     One St. Andrew's Plaza
     New York, New York 10007
     Attn:  **CHRISTIAN EVERDELL, ESQ.**
           Assistant United States Attorney